# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN JOHNSON, : | |
| : | |
| Petitioner, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-1578 |
| LAWRENCE MAHALLY, et al., : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW**, this __20th_____ day of March, 2019, upon careful and independent consideration of Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1), Respondents' Answer to the Petition ("Answer") (Doc. 7), the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa ("Report and Recommendation") (Doc. 9), and Respondents' Objection to the Report and Recommendation ("Respondents' Objection") (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **REJECTED**;[i]

2. The Petition is **DENIED**;

3. Petitioner's sentence is **AFFIRMED**;

4. There is no basis for the issuance of a certificate of appealability; and

5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[i] This Order accompanies the Court's Memorandum Opinion dated March 20, 2019.